AO450 (Rev. 5/85) Judgement in a Civil Case

UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | OKLAHOMA |

Fred D. Rowdy Munn

**JUDGMENT IN A CIVIL CASE**

V.

Justin Jones, et al

Case Number:   CIV-07-300-RAW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issued have been tried and the jury rendered its verdict.

X **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action is dismissed  voluntarily, pursuant to Fed. R. Civ. P. 41(a).

| 11/2/07 | WILLIAM B. GUTHRIE |
|---|---|
| Date | Clerk |

s/ A Green
(By) Deputy Clerk